**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1439**

WILLIAM SCOTT DAVIS, JR.,

                Plaintiff - Appellant,

      v.

W. EARL BRITT; JAMES C. FOX; JAMES C. DEVER, III; LOUISE W. FLANAGAN; TERRENCE BOYLE; MALCOLM J. HOWARD; JAMES C. GATES; REBECCA BEACH SMITH,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  John Preston Bailey, District Judge.  (5:16-ct-03211-BA)

Submitted:  June 22, 2017                   Decided:  June 26, 2017

Before GREGORY, Chief Judge, and FLOYD and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Scott Davis, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., appeals the district court's order denying his postjudgment motions in a closed civil case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Davis v. Britt*, No. 5:16-ct-03211-BA (E.D.N.C. Mar. 21, 2017). We deny Davis' motion to remand. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*